# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ILDER O. PIMENTAL,<br><br>    Petitioner,<br><br>v.<br><br>V.M. ALMAGER, Warden,<br><br>    Respondent. | No. CV 08-3992-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 12, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE